UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                            Case No. 25-30452
                               Originating No.25cr88

**MICHAEL CHRISTIAN HATZILIAS,**

        Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an order transferring defendant

**MICHAEL CHRISTIAN HATZILIAS,** to answer to charges pending in another

federal district, and states:

1.    On **January 26, 2023,** defendant was arrested in the Eastern District

Michigan in connection with a federal arrest warrant issued in the **Southern District of**

**Ohio based on an Indictment**.  Defendant is charged in that district with violation **of**

**18 USC Section 2250(a) – Failure to Register as a Sex Offender.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


s/*Barbara Lanning*
BARBARA LANNING
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 16, 2025